Cite as 2024 Ark. 70

# SUPREME COURT OF ARKANSAS
### No. CR–23–441

| | | |
|---|---|---|
| | | **Opinion Delivered:** April 25, 2024 |
| TIMOTHY WAYNE ROSS | APPELLANT | |
| V. | | APPEAL FROM THE DALLAS COUNTY CIRCUIT COURT [NO. 20CR-21-18] |
| STATE OF ARKANSAS | APPELLEE | HONORABLE SPENCER G. SINGLETON, JUDGE |
| | | REMANDED TO SETTLE AND SUPPLEMENT THE RECORD. |

**PER CURIAM**

A Dallas County Circuit Court jury convicted appellant Timothy Wayne Ross of rape, second-degree sexual assault, and sexually grooming a child. Ross was sentenced to concurrent terms of life imprisonment, 240 months, and 72 months, respectively. We remand to settle and supplement the record.

Arkansas Supreme Court Rule 3-4(c)(2) states that when there is a jury trial, the verdict forms shall be inserted into the record. We have reviewed the record, and the jury-verdict forms are not included in the record of the proceedings. Therefore, we must remand this case to settle and supplement the record in accordance with Arkansas Rule of Appellate Procedure—Civil 6(e), as applicable through Arkansas Rule of Appellate Procedure—Criminal 4(a). The supplemental record is to be filed with this court within thirty days of the date of this opinion.

Remanded to settle and supplement the record.

*Knutson Law Firm*, by: *Gregg A. Knutson*, for appellant.

*Tim Griffin*, Att'y Gen., by: *Brooke Jackson Gasaway*, Ass't Att'y Gen., for appellee.